UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:13-cv-14072-JEM

FRANCESCO MANASSE, individually,

Plaintiff,

vs.

MIDLAND FUNDING LLC, a foreign limited
liability company, and MIDLAND CREDIT
MANAGEMENT, INC., a foreign corporation,

Defendants.

_____/

## NOTICE OF SETTLEMENT

Plaintiff and Defendants hereby give notice that settlement of this matter has been reached as to all claims of the Plaintiff, and therefore request that the Court vacate all dates currently set on calendar in connection with Plaintiff's claim and afford the parties sixty (60) days to file necessary dismissal papers.

Respectfully submitted this 30th day of April, 2021.

BRET L. LUSSKIN, Esq.
*Attorney for Plaintiff*
20803 Biscayne Blvd., Ste 302
Aventura, FL 33180
Telephone: (954) 454-5841
Facsimile: (954) 454-5844
blusskin@lusskinlaw.com

By: /s/ Bret L. Lusskin, Esq.
    Bret L. Lusskin, Esq.
    Florida Bar No. 28069