UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:13-cv-14072-JEM

FRANCESCO MANASSE, individually,

Plaintiff,

vs.

MIDLAND FUNDING LLC, a foreign limited liability company, and MIDLAND CREDIT MANAGEMENT, INC., a foreign corporation,

Defendants.
_____/

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff FRANCESCO MANASSE and Defendants, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby give notice of settlement and agree that Plaintiff's action should be dismissed with prejudice with each party to bear its own costs and attorney's fees.

WHEREFORE, the Plaintiff and Defendants respectfully request that this case be dismissed with prejudice.

Respectfully submitted this 1st day of June, 2021.

| | |
|---|---|
| BRET L. LUSSKIN, Esq. | FRANK SPRINGFIELD, Esq. |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| 20803 Biscayne Blvd., Ste 302 | BURR & FORMAN LLP |
| Aventura, Florida 33180 | 201 North Franklin Street, Suite 3200 |
| Telephone: (954) 454-5841 | Tampa, Florida 33602 |
| Facsimile: (954) 454-5844 | Telephone: (813) 221-2626 |
| blusskin@lusskinlaw.com | Facsimile: (813) 357-3534 |
| | frank.springfield@burr.com |
| By: /s/ Bret L. Lusskin, Esq. | By: /s/ R. Frank Springfield, Esq. |
| Bret L. Lusskin, Esq. | R. Frank Springfield, Esq. |
| Florida Bar No. 28069 | Florida Bar No. 0010871 |