UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case Number: 13-14072-CIV-MARTINEZ-MAYNARD

FRANCESCO MANASSE,
    Plaintiff,

vs.

MIDLAND FUNDING LLC and MIDLAND CREDIT MANAGEMENT, INC.,
    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the parties' Stipulation for Dismissal with Prejudice, [ECF No. 27]. It is hereby:

**ADJUDGED** that this action is **DISMISSED with prejudice**, and this case is **CLOSED**.

All parties shall bear their own attorneys' fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida, this 1st day of June, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record